CLERK'S OFFICE U.S. DIST. COURT

OCT 13 2011

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBORAH K. STOUT,<br>    Plaintiff,<br><br>v.<br><br>WENDY S. HOBBS, WARDEN,<br>FLUVANNA CORRECTIONAL<br>CENTER FOR WOMEN, ET AL.,<br>    Defendants. | Civil Action No. 7:11-cv-00482<br><br>**ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with this court's memorandum opinion entered on this date, it is

**ORDERED** and **ADJUDGED** that plaintiff Deborah K. Stout's complaint is **DISMISSED** without prejudice. The case is hereby **STRICKEN** from the active docket of the court.

**ENTER**: This 13th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE